# UNITED STATES DISTRICT COURT
## District of Minnesota

Lourdes Roa-Maldonado,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, David Easterwood, Todd M. Lyons, Sheriff Joel Brott

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1119 KMM/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Petitioner Lourdes R.M.'s Petition for a Writ of Habeas Corpus [Dkt. 1] is **GRANTED**.
2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.
3. The Court **ORDERS** Respondents to immediately release Lourdes R.M. **with all of her personal effects seized during her arrest, including but not limited to immigration paperwork, and without conditions**. Because the Court previously enjoined Respondents from moving Petitioner outside of Minnesota until further order of the Court [Dkt. 3], the Court assumes Petitioner is here and orders that she be released in Minnesota immediately, within 24 hours of this Order.
4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release certifying the date, time, and location of Petitioner's release. If Lourdes R.M. has not been released as previously ordered, Respondents should immediately notify the Court of when she will be released.

Date: 2/9/2026

KATE M. FOGARTY, CLERK